IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LISA BAKER, | ) | 8:05CV11 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | |
| SIMMONDS RESTAURANT | ) | |
| MANAGEMENT, INC., a Nebraska | ) | |
| Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint Stipulation for Dismissal (filing 27) and Fed. R. Civ. P. 41, this action is dismissed with prejudice, each party to pay its own costs, and complete record waived.

August 17, 2005.

BY THE COURT:
*s/Richard G. Kopf*
United States District Judge